No. 02M34. BARNETT *v.* JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION; and

No. 02M35. DUPRE *v.* WEST BATON ROUGE PARISH SCHOOL BOARD. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.